IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SORANGEL PRIETO,

     Appellant,

v.

HAMPTON INN - GROVE
HOTEL and TOWER GROUP
COMPANIES,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-6061

_____/

Opinion filed August 18, 2014.

An appeal from an order of the Judge of Compensation Claims.
Charles M. Hill, III, Judge.

Date of Accident: January 16, 2012.

Aubrey Q. Webb, Coral Gables, for Appellant.

Lisa B. Hicks of Hernandez, Hicks & Valois, Ft. Lauderdale, for Appellees.


PER CURIAM.

     AFFIRMED.

VAN NORTWICK, PADOVANO and MARSTILLER, J.J., CONCUR.